# EXHIBIT A

## CONFIDENTIAL SEPARATION AGREEMENT AND GENERAL RELEASE

This Confidential Separation Agreement and General Release ("Agreement") is entered into by and between Mauricio Beugelmans ("Executive"), on the one hand, and OKCoin USA, Inc. (the "Company"), on the other hand (together with Executive, the "Parties" or individually a "Party"). This Agreement shall not become effective or enforceable until the eighth (8th) day after Executive signs this Agreement without having revoked it (the "Effective Date").

## RECITALS



WHEREAS, the Company agrees that it is not aware of any wrongdoing by the Executive or his lawyer and advisers based on his interactions with them; and

Page 1 of 12



**AGREEMENTS**



Page **3** of **12**



Page 5 of 12







G. Mutual Non-Disparagement.

   i. To the fullest extent permitted by law and subject to Paragraph 2(I), the Parties agree not to make, cause, or assist any other person or entity to make, any statement, written or verbal, to any third party, person, entity, client, potential client, vendor, potential vendor, reporter, author, producer, media outlet, industry group, financial institution or similar person or entity, or to any general public media, including all forms of social media, in any form (including, without limitation, books, articles or writings of any other kind, as well as film, videotape, audio tape, computer/internet format, social media posts or replies, or any other medium), which impugns or attacks or is otherwise defamatory or critical of, the reputation, financial condition, business affairs, or character of the other Party or of the Company Released Parties. The above provision is a material provision of the Agreement, and any breach of this provision constitutes a breach of the Agreement, entitling the aggrieved Party or the Company Released Parties to sue for an injunction and/or damages or any other available relief.









Dated: April __, 2025

OKCoin USA, Inc.

By: _____
Name: Star Xu
Title:  OK Group CEO

## **EXECUTIVE'S ACCEPTANCE**

By signing below, I confirm I have been notified that I have a right to consult an attorney regarding this Agreement, and have had more than five business days to do so. I confirm that my decision to sign this Agreement is knowing and voluntary and is not induced by the Company through fraud, misrepresentation, or a threat to withdraw or alter the offer prior to the expiration of the time period given to me to review it, or by providing different terms to employees who agree to sign prior to the expiration of the time period given to review it. I agree with and accept the terms contained in this Agreement, and agree to be bound by them.

Dated this **16** day of April 2025

_____

Mauricio Beugelmans