# EXHIBIT B



← **Post**

**Star_OKX** ☑ ☐
@star_okx

It's sad to read this story. I've seen and experienced similar issues — both in friends' companies and firsthand.

There are some unethical and toxic lawyers in the system.

Instead of defending clients within the bounds of the law, they sell their clients out. They don't fight for the client — they fight with their clients — playing politics and games, manufacturing narratives to justify excessive fees. They pull in their circle of firms, inflate complexity, and exploit clients who don't know better.

It's often not about justice — it's about covering for a lack of real skill and substance — and making unethical money.

And when clients start to question them, they shift the blame — fabricating issues to force exits or justify outrageous compensation.

Then they rewrite the story and update their resumes — claiming "significant contributions" to the very organizations they previously attacked, and presenting themselves as highly valuable based on that experience — despite delivering little or even negative value.

My suggestion: cut these toxic people out of your life — even if it comes at a cost — and take the lesson to stay away from them in the future.



> **Bill Ackman** ☑ @BillAckman · Apr 4
>
> I am reaching out to the @X community for advice with the likely risk of sharing TMI. I have been sufficiently upset about the whole matter that I have lost sleep thinking about it and I am hoping that this post will enable me to get this matter off my chest.
> …

5:15 AM · Apr 6, 2026 · **106.1K** Views

💬 105          ⟲ 12          ♡ 190          🔖 26          ↥

**0xMo.eth** 😄 ☑ @MoEthWhale · Apr 6
stop using chatgpt LOL

**Don't miss what's happening**
People on X are the first to know.

Log in     **Sign up**